**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 05-M-18 (RPM)

FORT PECK HOUSING AUTHORITY,

      Plaintiff,

v.

UNITED STATES DEPARTMENT OF HOUSING & URBAN DEVELOPMENT,
ALPHONSO JACKSON, Secretary of Housing & Urban Development, and
MICHAEL LIU, Assistant Secretary for Public and Indian Housing,

      Defendants.

---

**ORDER GRANTING LEAVE TO PLAINTIFF TO
FILE ERRATA TO OPENING BRIEF**

---

Upon consideration of plaintiff's Motion for Leave to File an Errata to Plaintiff's Opening Brief, and good cause appearing, it is hereby ORDERED that:

Plaintiff's Motion is GRANTED. The Clerk shall replace plaintiff's Opening Brief with the Errata to Plaintiff's Opening Brief.

DATED this 3rd day of January, 2006.

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch
                              Senior District Judge

H:\FPHA\FCAS\05-M-18 (CBS)\Proposed Order RE Errata to Opening Brief.doc