IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-00018-RPM

FORT PECK HOUSING AUTHORITY,

        Plaintiff,

v.

UNITED STATES DEPARTMENT OF HOUSING & URBAN DEVELOPMENT,
ALPHONSO JACKSON, Secretary of Housing and Urban Development, and
MICHAEL LIU, Assistant Secretary for Public and Indian Housing,

        Defendants.

---

ORDER DENYING DEFENDANTS' MOTION FOR STAY PENDING APPEAL AND
PLAINTIFF'S EMERGENCY MOTION FOR INJUNCTION TO ENFORCE JUDGMENT
AND FOR SANCTIONS

---

        The Court having made its ruling amending the Judgment entered on May 25, 2006, to limit the requirement that the defendants take administrative action to implement this Court's ruling with respect to the formula for allocation of Indian Housing Block Grants to the plaintiff, Fort Peck Housing Authority, it is

        ORDERED that the Defendants' Motion for Stay Pending Appeal and the Plaintiff's Emergency Motion for Injunction to Enforce Judgment and for Sanctions are denied.

        Dated:  June 30, 2006

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior District Judge