IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 05-cv-00018-RPM

FORT PECK HOUSING AUTHORITY,

        Plaintiff,

v.

UNITED STATES DEPARTMENT OF HOUSING & URBAN DEVELOPMENT,
ALPHONSO JACKSON, Secretary of Housing and Urban Development, and
MICHAEL LIU, Assistant Secretary for Public and Indian Housing,

        Defendants.

---

ORDER VACATING JUDGMENT AND DISMISSING CIVIL ACTION

---

Pursuant to the Mandate from the Tenth Circuit Court of Appeals, received May 14, 2010, and the Order and Judgment of that court entered February 19, 2010, it is

ORDERED that the judgment entered on May 25, 2006, and amended on June 30, 2006, is vacated and this civil action is dismissed.

Dated: May 21, 2010

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge