IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 05-cv-00018-RPM

FORT PECK HOUSING AUTHORITY,

   Plaintiff,

v.

UNITED STATES DEPARTMENT OF HOUSING & URBAN DEVELOPMENT,
ALPHONSO JACKSON, Secretary of Housing and Urban Development, and
MICHAEL LIU, Assistant Secretary for Public and Indian Housing,

   Defendants.

---

ORDER VACATING ORDER OF DISMISSAL

---

On May 21, 2010, this Court, *sua sponte,* entered an order vacating the Judgment entered on May 25, 2006, amended on June 30, 2006, and dismissing the civil action. While vacation of the judgment was appropriate, pursuant to the Mandate from the Tenth Circuit Court of Appeals, dismissal of the civil action was improvident given the statements made in the Plaintiff's Motion to Vacate, Alter or Amend Order of Dismissal, filed June 18, 2010. Accordingly, the order of dismissal should be vacated and a procedural order should be entered to address the plaintiff's contentions that have not been resolved. This is one civil action which is related to eight other civil actions now pending. While consolidation of all of these actions may be inappropriate, some coordination is required to serve the interests of judicial economy. Accordingly, a consolidated status conference will be scheduled. It is now

ORDERED that the order of dismissal of May 21, 2010, is vacated.

Dated: July 6, 2010

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge