IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 05-cv-00018-RPM

FORT PECK HOUSING AUTHORITY,

        Plaintiff,

v.

UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,
SHAUN DONOVAN, Secretary of Housing and Urban Development, and
DEBORAH A. HERNANDEZ, Assistant Secretary for Public and Indian Housing.

        Defendants.

## ORDER FOR COORDINATED HEARING

Coordinated briefs and response briefs have been filed by the parties in this action and nine related actions. Upon review of those coordinated briefs and Big Pine Paiute Tribe's Special Brief in Civil Action No. 07-cv-01343-RPM, and the separate briefs in *Nambe Pueblo Housing Entity v. HUD et al.*, Civil Action No. 11-cv-01516-RPM, it is

ORDERED that a coordinated hearing will held at a time to be scheduled and all counsel representing the parties must be personally present at the hearing.

Date:   April 16th, 2012

                                      BY THE COURT:

                                      s/Richard P. Matsch

                                      Richard P. Matsch, Senior District Judge