# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

No. 05-CV-00018 (RPM)

FORT PECK HOUSING AUTHORITY,

Plaintiff,

v.

UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT (HUD);
SHAUN DONOVAN, Secretary of Housing & Urban Development, and
DEBORAH A. HERNANDEZ, Assistant Secretary for Public and Indian Housing,

   Defendants.

---

## ORDER
---

The Court, having reviewed the Unopposed Motion by Plaintiff to Extend Deadline by Forty-Five Days to File the Statement of Relief Requested, for sufficient cause shown, hereby grants the Unopposed Motion.   Accordingly,

IT IS ORDERED, that the Plaintiff shall file its Statement of Relief Requested on or before March 4, 2013 and Defendants shall file their response to Plaintiff's Statement of Relief Requested on or before May 6, 2013.

   Dated:    December 26th, 2012

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge