# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

No. 05-CV-00018 (RPM)

FORT PECK HOUSING AUTHORITY,

Plaintiff,

v.

UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT (HUD);
SHAUN DONOVAN, Secretary of Housing & Urban Development, and
DEBORAH A. HERNANDEZ, Assistant Secretary for Public and Indian Housing,

      Defendants.

## ORDER

The Court, having reviewed the Unopposed Motion by Plaintiffs For Leave to File a Reply to Defendants' Response to Plaintiffs' Statement of Relief Requested and Motion to Supplement the Record, for sufficient cause shown, hereby grants the Unopposed Motion.

Accordingly, IT IS ORDERED, that the Plaintiff shall file its Reply Brief on or before September 3, 2013.

Dated:  August 1st, 2013

                                      BY THE COURT:

                                      s/Richard P. Matsch

                                      Richard P. Matsch, Senior District Judge